UNITED STATES of America,
Plaintiff–Appellee

v.

Luciano GUERRA–ZAMARRIPA, also known as Luciano Guerra, also known as Luciano Zamarizipa Guerra, also known as Juan Antonio

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Maldonado, also known as Luciano Zamarippa Guerra, also known as Luciano Zamarrip Guerra, Defendant–Appellant.

No. 09–20688
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Luciano Guerra–Zamarripa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guerra–Zamarripa has filed a response. Our independent review of the record, counsel's brief, and Guerra–Zamarripa's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

